JS 44 (Rev. 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

08 FEB 13 PM 3:31
SOUTHERN DISTRICT OF INDIANA
LAURA A. BRIGGS CLERK

**I. (a) PLAINTIFFS**
SANDRA WERKING and JEFFREY WERKING

**DEFENDANTS**
DAVOL INC. and C.R. BARD, INC.

(b) County of Residence of First Listed Morgan, Indiana
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

1:08-cv-0181-LJM-TAB

(c) Attorney's (Firm Name, Address, and Telephone Number)
DAVID STEWART, ESQ.
Stewart & Stewart
931 South Rangeline Road, Carmel, IN 46082
(317) 846-8999 (See Attachment for additional attorneys)

Attorneys (If Known)
KIRBY GRIFFIS, ESQ.
SPRIGGS & HOLLINGSWORTH
1350 I Street NW, Washington, D.C. 20005
(202) 898-5828

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- G 1 U.S. Government Plaintiff
- G 3 Federal Question (U.S. Government Not a Party)
- G 2 U.S. Government Defendant
- X 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | X 1 | G 1 | Incorporated *or* Principal of Business In This State | G 4 | G 4 |
| Citizen of Another | G 2 | X 2 | Incorporated *and* Principal of Business In Another State | G 5 | 5 |
| Citizen or Subject of a Foreign Country | G 3 | G 3 | Foreign Nation | G 6 | G 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- G 110 Insurance
- G 120 Marine
- G 130 Miller Act
- G 140 Negotiable Instrument
- G 150 Recovery of Overpayment & Enforcement of Judgment
- G 151 Medicare Act
- G 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- G 153 Recovery of Overpayment of Veteran's Benefits
- G 160 Stockholders' Suits
- G 190 Other Contract
- G 195 Contract Product Liability

**REAL PROPERTY**
- G 210 Land Condemnation
- G 220 Foreclosure
- G 230 Rent Lease & Ejectment
- G 240 Torts to Land
- G 245 Tort Product Liability
- G 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- G 310 Airplane
- G 315 Airplane Product Liability
- G 320 Assault, Libel & Slander
- G 330 Federal Employers' Liability
- G 340 Marine
- G 345 Marine Product Liability
- G 350 Motor Vehicle
- G 355 Motor Vehicle Product Liability
- G 360 Other Personal Injury

PERSONAL INJURY
- G 362 Personal Injury—Med. Malpractice
- X 365 Personal Injury — Product Liability
- G 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- G 370 Other Fraud
- G 371 Truth in Lending
- G 380 Other Personal Property Damage
- G 385 Property Damage Product Liability

**CIVIL RIGHTS**
- G 441 Voting
- G 442 Employment
- G 443 Housing/ Accommodations
- G 444 Welfare
- G 440 Other Civil Rights

**PRISONER PETITIONS**
- G 510 Motions to Vacate Sentence
- Habeas Corpus:
- G 530 General
- G 535 Death Penalty
- G 540 Mandamus & Other
- G 550 Civil Rights
- G 555 Prison Condition

**FORFEITURE/PENALTY**
- G 610 Agriculture
- G 620 Other Food & Drug
- G 625 Drug Related Seizure of Property 21 USC 881
- G 630 Liquor Laws
- G 640 R.R. & Truck
- G 650 Airline Regs.
- G 660 Occupational Safety/Health
- G 690 Other

**LABOR**
- G 710 Fair Labor Standards Act
- G 720 Labor/Mgmt. Relations
- G 730 Labor/Mgmt.Reporting & Disclosure Act
- G 740 Railway Labor Act
- G 790 Other Labor Litigation
- G 791 Empl. Ret. Inc. Security Act

**BANKRUPTCY**
- G 422 Appeal 28 USC 158
- G 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- G 820 Copyrights
- G 830 Patent
- G 840 Trademark

**SOCIAL SECURITY**
- G 861 HIA (1395ff)
- G 862 Black Lung (923)
- G 863 DIWC/DIWW (405(g))
- G 864 SSID Title XVI
- G 865 RSI (405(g))

**FEDERAL TAX SUITS**
- G 870 Taxes (U.S. Plaintiff or Defendant)
- G 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- G 400 State Reapportionment
- G 410 Antitrust
- G 430 Banks and Banking
- G 450 Commerce/ICC Rates/etc.
- G 460 Deportation
- G 470 Racketeer Influenced and Corrupt Organizations
- G 810 Selective Service
- G 850 Securities/Commodities/ Exchange
- G 875 Customer Challenge 12 USC 3410
- G 891 Agricultural Acts
- G 892 Economic Stabilization Act
- G 893 Environmental Matters
- G 894 Energy Allocation Act
- G 895 Freedom of Information Act
- G 900 Appeal of Fee Determination Under Equal Access to Justice
- G 950 Constitutionality of State Statutes
- G 890 Other Statutory Actions

**V. ORIGIN** (PLACE AN "X" IN ONE BOX ONLY)

- X 1 Original Proceeding
- G 2 Removed from State Court
- G 3 Remanded from Appellate Court
- G 4 Reinstated or Reopened
- G 5 Transferred from another district (specify)
- G 6 Multidistrict Litigation
- G 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

28 USC section 1332 (amount in controversy exceeds $75,000 and parties of different states)

**VII. REQUESTED IN COMPLAINT:** G CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 **DEMAND $** > $75,000 CHECK YES only if demanded in complaint: **JURY DEMAND:** X Yes G No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE DOCKET NUMBER MDL-1842

DATE 2-12-08 SIGNATURE OF ATTORNEY OF RECORD

'OR OFFICE USE ONLY

RECEIPT # ____________ AMOUNT __________________ APPLYING IFP ________________ JUDGE ________________ MAG. JUDGE _______________________

JS 44 Reverse (Rev. 3/99)

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS-44

Authority For Civil Cover Sheet