Court Name: Southern District of Indiana
Division: 1
Receipt Number: IP005617
Cashier ID: tanderso
Transaction Date: 02/13/2008
Payer Name: STEWART AND STEWART

---

CIVIL FILING FEE
For: STEWART AND STEWART
Case/Party: D-INS-1-08-CV-000181-001
Amount: $350.00

---

CHECK
Check/Money Order Num: 63382
Amt Tendered: $350.00

---

Total Due: $350.00
Total Tendered: $350.00
Change Amt: $0.00

STEWART & STEWART

P.O. Box 374

Carmel, IN 46082-0374

1:08-cv-181-LJM-TAB

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $45.00 fee will be charged for a returned check."