# UNITED STATES DISTRICT COURT

SOUTHERN District of INDIANA

SANDRA WERKING and
JEFFREY WERKING

V.

DAVOL, INC, and C.R. BARD, INC,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

1:08-cv-0181-LJM-TAB

TO: (Name and address of Defendant)

**DAVOL, INC and C.R. BARD, INC**
**c/o C.R. BARD, INC.**
**730 Central Avenue**
**Murray Hill, NJ 07974**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**JON C. CONLIN**
**CORY, WATSON, CROWDER & DEGARIS**
**2131 Magnolia Avenue**
**Birmingham, Alabama 35205**
and
**STEWART & STEWART**
**931 South Rangeline Road**
**Carmel, IN 46082**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

CLERK

FEB 13 2008

DATE

(By) DEPUTY CLERK