FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION
08 FEB 13 PM 3:31
SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF INDIANA

**APPEARANCE**

**SANDRA WERKING and JEFFREY WERKING,**

**Plaintiffs,**

**vs.**

**DAVOL, INC., and C. R. BARD, INC.,**

**Defendants.**

1:08-cv-0181-LJM-TAB

**CASE NUMBER:**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Sandra Werking and Jeffrey Werking

I certify that I am permitted to practice in this court.

2-12-08
Date

Signature

David W. Stewart — Print Name
#14968-49 — Bar Number

931 S. Rangeline Road — Address

Carmel — City
IN — State
46032 — Zip Code

317-846-8999 — Phone Number
317-843-1991 — Fax Number