UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SANDRA WERKING and JEFFREY WERKING, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Cause No.: 1:08-cv-0181-LJM-TAB |
| DAVOL, INC., AND C.R. BARD, INC., | ) | |
| Defendants. | ) | |

**NOTICE OF APPEARANCE**

Comes now Kathleen A. DeLaney of DELANEY & DELANEY LLC and enters her Appearance in the above cause for and on behalf of Defendants Davol, Inc. and C.R. Bard, Inc. I certify that I am admitted to practice in this Court.

Respectfully submitted,

/s/ Kathleen A. DeLaney
Kathleen A. DeLaney (#18604-49)
Attorney for Defendants

DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN 46205
Tel. 317.920.0400
Fax 317.920.0404
kathleen@delaneylaw.net

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on March 3, 2008. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and via first-class U.S. mail, postage prepaid, to:

David Stewart, Esq.
Stewart & Stewart
931 South Rangeline Road
Carmel, IN 46082

Ernest Cory, Esq.
Jon C. Conlin, Esq.
Stephen R. Hunt, Jr., Esq.
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, AL 35209

/s/ Kathleen A. DeLaney________
Kathleen A. DeLaney

DELANEY & DELANEY LLC
3646 North Washington Boulevard
Indianapolis, IN 46205
Ph 317.920.0400
Fx 317.920.0404