UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| SANDRA WERKING and<br>JEFFREY WERKING, | ) | |
| Plaintiffs, | ) | |
| vs. | ) | Cause No.: 1:08-cv-0181-LJM-TAB |
| DAVOL, INC., AND<br>C.R. BARD, INC., | ) | |
| Defendants. | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Defendants Davol, Inc. and C.R. Bard, Inc. hereby file this Corporate Disclosure Statement pursuant to Southern District of Indiana Local Rule 7.2 and state as follows:

1. Parent corporations of the corporation: Davol, Inc., a wholly owned subsidiary of C.R. Bard, Inc. and C.R. Bard, Inc. have no parent corporation.

2. Any publicly held company or investment fund that owns ten percent (10%) or more of the corporation: No publicly held corporation owns more than 10% of their stock.

Dated: March 3, 2008

Respectfully submitted,

/s/ Kathleen A. DeLaney
Kathleen A. DeLaney (#18604-49)
Counsel for Davol, Inc. and C.R. Bard, Inc.

DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN 46205
Tel. 317.920.0400
Fax 317.920.0404
kathleen@delaneylaw.net

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically on March 3, 2008. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system and via first-class U.S. mail, postage prepaid, to:

David Stewart, Esq.
Stewart & Stewart
931 South Rangeline Road
Carmel, IN 46082

Ernest Cory, Esq.
Jon C. Conlin, Esq.
Stephen R. Hunt, Jr., Esq.
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, AL 35209

/s/ Kathleen A. DeLaney
Kathleen A. DeLaney

DELANEY & DELANEY LLC
3646 N. Washington Blvd.
Indianapolis, IN 46205
Tel. 317.920.0400
Fax 317.920.0404
kathleen@delaneylaw.net