OAO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

SOUTHERN District of INDIANA

SANDRA WERKING and
JEFFREY WERKING

V.

DAVOL, INC, and C.R. BARD, INC,

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

1 :08 -cv-0181 -LJM -TAB

TO: (Name and address of Defendant)

**DAVOL, INC and C.R. BARD, INC**
**c/o C.R. BARD, INC.**
**730 Central Avenue**
**Murray Hill, NJ 07974**

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

**JON C. CONLIN**
**CORY, WATSON, CROWDER & DEGARIS**
**2131 Magnolia Avenue**
**Birmingham, Alabama 35205**
and
**STEWART & STEWART**
**931 South Rangeline Road**
**Carmel, IN 46082**

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK: CLERK

DATE: FEB 1 3 2008

(By) DEPUTY CLERK

OAO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[1] Marcia Van Dyke | DATE 3-3-08 |
| NAME OF SERVER *(PRINT)* MARCIA VAN DyKe | TITLE Legal Assistant to David W. Stewart STEWART + STEWART ATTORNEYS |

*Check one box below to indicate appropriate method of service*

Served personally upon the defendant. Place where served: __________

Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: __________

Returned unexecuted: __________

✓ Other (specify): Complaint and Summons were served upon def. DAVOL, INC. and C.R. Bard, Inc, c/o C.R. Bard, Inc., 730 Central Ave, Murray Hill, NJ 07974 via Certified Mail #(7007 2680 0003 3946-9836) on 2/21/08 signed for by Anthony Franklin.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | Certified Mail | $5.28 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 3/3/08
Date

Marcia Van Dyke
*Signature of Server*

Stewart + Stewart attorneys
931 S. Rangeline Road
Carmel, Ind. 46032
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

DAVOL, Inc. And C.R. BArd, Inc.
C/o C.R. BArd, Inc.
730 Central Avenue
Murray Hill, NJ
07974

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X Anthony Franklin ☐ Agent ☒ Addressee

B. Received by (Printed Name) A Franklin

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

NEW PROVIDENCE NJ 07974 FEB 21 2008 USPS

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☒ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? *(Extra Fee)* ☐ Yes

2. Article Number *(Transfer from service label)* 7007 2680 0003 2946 9836

PS Form 3811, February 2004 Domestic Return Receipt 102595-02-M-1540

UNITED STATES POSTAL SERVICE

KEARNY NJ 070
21 FEB 2008 PM 1 T

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

Steward + Steward
931 S. Rangeline Road
Carmel Ind. 46032 FEB 25 2008
ATTN: Marcia (Seal copy)
Service on def. DAVOL, Inc. and C.R. BArd, Inc.
c/o C.R. Bard
Wacking vs DAVOL, Inc. etal Cause # 1:08-cv-0181-LJM-TAB