**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| SANDRA WERKING and<br>JEFFREY WERKING,<br><br>Plaintiffs,<br><br>v.<br><br>DAVOL INC. and C.R. BARD, INC.,<br><br>Defendants. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Case No.: 1:08-cv-0181-LJM-TAB<br><br>**ORDER GRANTING DEFENDANT DAVOL INC.'S AND DEFENDANT C.R. BARD, INC.'S UNOPPOSED MOTION FOR STAY OF PROCEEDINGS PENDING TRANSFER TO FEDERAL MDL** |

Having considered Defendants' Unopposed Motion for Stay of Proceedings Pending Transfer to Federal MDL, it is hereby **ORDERED** that all requirements, deadlines (including responsive pleading deadlines), and other proceedings in this action before this Court are hereby stayed and/or extended indefinitely pending transfer of the action by the Judicial Panel on Multidistrict Litigation to the United States District Court for the District of Rhode Island. Upon transfer to the District of Rhode Island, the parties will comply with any requirements and deadlines imposed by that court with respect to this action.

**SO ORDERED** this _____ day of March, 2008.

______________________________
United States District Judge

Distribution to:

Kathleen A. DeLaney
DeLaney & DeLaney LLC
3646 Washington Blvd.
Indianapolis, IN 46205

David Stewart, Esq.
STEWART & STEWART
931 South Rangeline Road
Carmel, IN 46082

Ernest Cory, Esq.
Jon C. Conlin, Esq.
Stephen R. Hunt, Jr., Esq.
CORY WATSON CROWDER & DEGARIS
2131 Magnolia Avenue
Birmingham, AL 35209