CLOSED, STAYED

# U.S. District Court
# Southern District of Indiana (Indianapolis)
# CIVIL DOCKET FOR CASE #: 1:08−cv−00181−LJM−TAB

WERKING et al v. DAVOL, INC. et al
Assigned to: Judge Larry J. McKinney
Referred to: Magistrate Judge Tim A. Baker
Cause: 28:1332 Diversity−(Citizenship)

Date Filed: 02/13/2008
Date Terminated: 04/01/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**SANDRA WERKING** represented by **David W. Stewart**
STEWART &STEWART
931 South Rangeline Road
Carmel, IN 46032
(317) 846−8999
Fax: (317) 843−1991
Email: dstewart@3333law.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**JEFFREY WERKING** represented by **David W. Stewart**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL, INC.** represented by **Amanda C. Couture**
DELANEY &DELANEY
3646 North Washington Boulevard
Indianapolis, IN 46205
317−920−0400
Fax: 317−920−0404
Email: acouture@delaneylaw.net
*ATTORNEY TO BE NOTICED*

**Kathleen Ann DeLaney**
DELANEY &DELANEY LLC
3646 North Washington Blvd.
Indianapolis, IN 46205
(317) 920−0400
Fax: (317) 920−0404
Email: kathleen@delaneylaw.net
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. BARD, INC.** represented by **Amanda C. Couture**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Kathleen Ann DeLaney**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/13/2008 | " 1 | COMPLAINT against DAVOL, INC., C.R. BARD, INC. with Jury Demand, filed by SANDRA WERKING, JEFFREY WERKING.(TAA) (Entered: 02/14/2008) |
| 02/13/2008 | " 2 | CIVIL COVER SHEET, filed by Plaintiffs SANDRA WERKING, JEFFREY WERKING. (TAA) (Entered: 02/14/2008) |
| 02/13/2008 | " 3 | RECEIPT #IP005617 in the amount of $ 350.00 for filing fee. (TAA) (Entered: 02/14/2008) |
| 02/13/2008 | " 4 | Summons Issued as to DAVOL, INC., C.R. BARD, INC. (TAA) (Entered: 02/14/2008) |
| 02/13/2008 | " 5 | NOTICE of Appearance by David W. Stewart on behalf of Plaintiffs SANDRA WERKING, JEFFREY WERKING. (TAA) (Entered: 02/14/2008) |
| 02/13/2008 | " 6 | MAGISTRATE JUDGE's NOTICE of Availability to Exercise Jurisdiction issued. (TAA) (Entered: 02/14/2008) |
| 03/03/2008 | " 7 | NOTICE of Appearance by Kathleen Ann DeLaney on behalf of Defendants DAVOL, INC., C.R. BARD, INC.. (DeLaney, Kathleen) (Entered: 03/03/2008) |
| 03/03/2008 | " 8 | Corporate Disclosure Statement by DAVOL, INC., C.R. BARD, INC.. (DeLaney, Kathleen) (Entered: 03/03/2008) |
| 03/03/2008 | " 9 | NOTICE of Appearance by Amanda C. Couture on behalf of Defendants DAVOL, INC., C.R. BARD, INC.. (Couture, Amanda) (Entered: 03/03/2008) |
| 03/03/2008 | " 10 | RETURN of Service, filed by all plaintiffs. C.R. BARD, INC. served on 2/21/2008. (Stewart, David) (Entered: 03/03/2008) |
| 03/03/2008 | " 11 | RETURN of Service, filed by all plaintiffs. DAVOL, INC. served on 2/21/2008. (Stewart, David) (Entered: 03/03/2008) |
| 03/05/2008 | " 12 | Unopposed MOTION to Stay *Proceedings Pending Transfer to MDL*, filed by Defendants DAVOL, INC., C.R. BARD, INC.. (Attachments: # 1 Text of Proposed Order Order Granting Motion to Stay)(DeLaney, Kathleen) (Entered: 03/05/2008) |
| 03/06/2008 | " 13 | ORDER STAYING CASE pending transfer to MDL. Signed by Judge Larry J. McKinney on 3/6/08.(PG) (Entered: 03/06/2008) |
| 04/01/2008 | " 14 | CLOSED TRANSFER to the District Court for the District of Rhode Island, In re: MDL 1842 − Kugel Mesh Hernia Patch Products Liability Litigation, pursuant to certified Conditional Transfer Order #16, under the District of Rhode Island Cause No. CA 08−2383.(TMA) (Entered: 04/02/2008) |

**Case #: 1:08−cv−00181−LJM−TAB**